UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Elliott Holly,

Petitioner,

vs.

Rick Harry,

Defendant.

Civil 00-1019 JMR/FLN

**ORDER**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 24, 2000, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that:

1. Petitioner's application for leave to proceed in forma pauperis [#2] is DENIED; and

2. Petitioner's application for a writ of habeas corpus [#1] is DISMISSED WITHOUT PREJUDICE.

DATED: May 25, 2000.

JUDGE JAMES M. ROSENBAUM
United States District Court

MAY 25 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK